B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Texas

In re   Domistyle, Inc.

Debtor(s)

Case No.

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Frost National Bank<br>c/o Michael J. Quilling<br>Quilling Selander Cummiskey & Lownds<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201 | Frost National Bank<br>c/o Michael J. Quilling<br>Quilling Selander Cummiskey & Lownds<br>Dallas, TX 75201 | Loan--Partly Secured<br>Fax 214-871-2111 | | 21,167,835.71 |
| Ningbo Sunny Foreign Trade Co., Ltd.<br>RM 1603<br>No. 257 Huifeng East Road<br>Nignbo CHINA | Ningbo Sunny Foreign Trade Co., Ltd.<br>RM 1603<br>Nignbo CHINA | Trade Debt | | 1,118,322.95 |
| Staff Force Personnel Services<br>P.O. Box 730605<br>Dallas, TX 75373-0605 | Staff Force Personnel Services<br>P.O. Box 730605<br>Dallas, TX 75373-0605 | Trade Debt<br>Fax 214-634-0238 | | 738,853.06 |
| JAS Forwarding (USA), Inc.<br>6165 Barfield Road<br>Atlanta, GA 30328 | JAS Forwarding (USA), Inc.<br>6165 Barfield Road<br>Atlanta, GA 30328 | Trade Debt<br>Fax 770-688-1229 | | 325,690.87 |
| Qingdao Full-Home<br>Home Products Co., Ltd.<br>Rm 3507 35/F Hua Yu Manison<br>No. 48 Shandong Rd.<br>Qingdao CHINA | Qingdao Full-Home<br>Home Products Co., Ltd.<br>Rm 3507 35/F Hua Yu Manison<br>Qingdao CHINA | Trade Debt | | 199,048.59 |
| United I.S.D. Tax Office<br>3501 E. Saunders<br>Laredo, TX 78041 | United I.S.D. Tax Office<br>3501 E. Saunders<br>Laredo, TX 78041 | Taxes<br>Fax 956-473-7948 | | 181,275.50 |
| Ningbo Haiwen Import & Export. Corp., Ltd.<br>9 FL<br>No. 428 Zhongshan East Road<br>Ningbo CHINA | Ningbo Haiwen Import & Export. Corp., Ltd.<br>9 FL<br>Ningbo CHINA | Trade Debt | | 148,676.64 |
| Age Industries, Ltd.<br>P.O. Box 539<br>Cleburne, TX 76033-0539 | Age Industries, Ltd.<br>P.O. Box 539<br>Cleburne, TX 76033-0539 | Trade Debt<br>Fax 817-641-2509 | | 147,464.74 |

B4 (Official Form 4) (12/07) - Cont.

In re  Domistyle, Inc.  
               Debtor(s)

Case No.  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Masterank America Inc. Lockbox #892398, Dept. 2398 P.O. Box 122398 Dallas, TX 75312-2398 | Masterank America Inc. Lockbox #892398, Dept. 2398 P.O. Box 122398 Dallas, TX 75312-2398 | Trade Debt Fax 949-719-9868 | | 109,052.40 |
| French Color & Fragrance 488 Grand Avenue Englewood, NJ 07631 | French Color & Fragrance 488 Grand Avenue Englewood, NJ 07631 | Trade Debt | | 81,389.85 |
| MP2 Energy Texas P.O. Box 202829 Dallas, TX 75320-2829 | MP2 Energy Texas P.O. Box 202829 Dallas, TX 75320-2829 | Utility Fax 832-510-1128 | | 55,859.56 |
| Dallas Container Corp. 8330 Endicott Lane Dallas, TX 75227 | Dallas Container Corp. 8330 Endicott Lane Dallas, TX 75227 | Trade Debt Fax 214-381-8279 | | 47,797.42 |
| Inovar Packaging Group 602 Magic Mile Arlington, TX 76011 | Inovar Packaging Group 602 Magic Mile Arlington, TX 76011 | Trade Debt Fax 817-275-2770 | | 47,407.74 |
| Zibo Intrue Light Indus. Products No. 137 Minxiang Road Minyingyuan Zibo City Shandong Province CHINA | Zibo Intrue Light Indus. Products No. 137 Minxiang Road Minyingyuan Zibo City | Trade Debt Fax 86-533-6280669 | | 47,330.80 |
| Patricia A. Barrera, RTA Webb County Tax Assessor-Collector P.O. Box 420128 Laredo, TX 78042-8128 | Patricia A. Barrera, RTA Webb County Tax Assessor-Collector P.O. Box 420128 Laredo, TX 78042-8128 | Taxes Fax 956-523-5050 | | 44,068.32 |
| City of Laredo Tax Department P.O. Box 6548 Laredo, TX 78042-6548 | City of Laredo Tax Department P.O. Box 6548 Laredo, TX 78042-6548 | Taxes Fax 956-791-7394 | | 41,414.47 |
| EVAULT Inc. A Seagate Company 15422 Collections Center Dr. Chicago, IL 60693 | EVAULT Inc. A Seagate Company 15422 Collections Center Dr. Chicago, IL 60693 | Trade Debt Fax 415-432-2205 | | 38,371.82 |
| Ungerer & Company 4 Bridgewater Lane P.O. Box U Lincoln Park, NJ 07035 | Ungerer & Company 4 Bridgewater Lane P.O. Box U Lincoln Park, NJ 07035 | Trade Debt Fax 973-628-0251 | | 37,926.93 |
| FedEx--Laredo Account P.O. Box 660481 Dallas, TX 75266-0481 | FedEx--Laredo Account P.O. Box 660481 Dallas, TX 75266-0481 | Trade Debt | | 34,056.40 |
| Walgreens Credit and Collections Dept. LB#16845 16845 Collections Ctr. Dr. Chicago, IL 60693 | Walgreens Credit and Collections Dept. LB#16845 Chicago, IL 60693 | Trade Debt Fax 217-554-8672 | | 32,470.99 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Domistyle, Inc.
                    Debtor(s)

Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Receiver of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  April 12, 2013

Signature  /s/ Milo H. Segner, Jr.
Milo H. Segner, Jr.
Receiver

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.