**Domistyle, Inc**
**Cash Collateral Budget - First Four Weeks**

|  | 4/13 | 4/20 | 4/27 | 5/4 |
|---|---:|---:|---:|---:|
| **Beginning Cash:** | - | (73,630) | (123,156) | (140,988) |
| **Cash Receipts:** | | | | |
|    Collections from existing A/R | - | - | - | - |
|    Collection new A/R | - | - | - | - |
| **Total Cash Receipts** | - | - | - | - |
| | | | | |
| **Cash Disbursements:** | | | | |
| Laredo & Manufacturing: | | | | |
|   Materials purchases | - | - | - | - |
|   Inbound freight/duties/demurrage | - | - | - | - |
|   Shipping | 5,000 | 5,945 | 900 | - |
|   Laredo Operating Expense | 4,602 | 200 | 750 | - |
|   Laredo Wages | 14,172 | 9,172 | 9,172 | 9,172 |
|   Laredo Security | 2,010 | 2,010 | 2,010 | 2,010 |
|   Laredo Utilities | 18,395 | 6,200 | - | 490 |
|   Laredo Mortgage | - | - | - | - |
|    Total Laredo & Manufacturing | 44,179 | 23,527 | 12,832 | 11,672 |
| | | | | |
| Dallas & Administrative: | | | | |
|   Dallas Salary & Wages | 5,000 | 5,000 | 5,000 | 5,000 |
|   Payroll Taxes | - | - | - | - |
|   Dallas Rent | - | - | - | 16,000 |
|   IT | 2,000 | 7,267 | - | - |
|   Insurance & Bonds | 22,451 | 11,936 | - | - |
|   Administrative Expense | - | 1,796 | - | - |
|   Misc | - | - | - | - |
|   Taxes | - | - | - | - |
|    Total Dallas & Administrative: | 29,451 | 25,999 | 5,000 | 21,000 |
| | | | | |
|   US Trustee Fees | - | - | - | - |
|   Professional Fees - Accountants | - | - | - | 65,000 |
|   Professional Fees - Attorneys | - | - | - | 110,000 |
|    Total UST & Professional Fees: | - | - | - | 175,000 |
| | | | | |
| **Total Cash Disbursements** | 73,630 | 49,526 | 17,832 | 207,672 |
| | | | | |
| **Net Cash Flow:** | (73,630) | (49,526) | (17,832) | (207,672) |
| | | | | |
| **Ending Cash** | (73,630) | (123,156) | (140,988) | (348,660) |

EXHIBIT "A"